McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR ASKAR, ) | No. 07-S-CV-2457 |
| Plaintiff, ) | JOINT STIPULATION AND ORDER RE: EXTENSION OF TIME |
| v. ) | |
| Michael Chertoff, Secretary of Homeland Security, et al. ) | |
| Defendants. ) | |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application to adjust status by U.S. Citizenship and Immigration Services (CIS). Defendants respectfully inform the Court that the delay in the adjudication is the Federal Bureau of Investigations' background name check. In the hopes that the name check will be completed shortly and this matter will become moot, the parties stipulate to a 60-day extension of time for the filing of the government's answer to the complaint.

The parties therefore stipulate that the time for filing the government's answer be extended to March 14, 2008, and that the scheduling conference, currently set for February 4, 2008, be reset to sometime after the new answer due date.

Dated: January 3, 2008

-1-

McGREGOR W. SCOTT
United States Attorney

By: /s/Audrey Hemesath
Audrey B. Hemesath
Assistant U.S. Attorney
Attorneys for the Defendants

By: /s/ John D. Friedman
John D. Friedman
Attorney for the Plaintiff

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the defendants' Answer is due on March 14, 2008, and that the scheduling conference is reset to April 7, 2008 at 2:00 p.m.

IT IS SO ORDERED.

DATED: January 16, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT