McGREGOR W. SCOTT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2729

Attorneys for Defendants

**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OMAR ASKAR,<br><br>     Plaintiff,<br><br>     v.<br><br>Michael Chertoff, Secretary of Homeland Security, et al.<br><br>     Defendants. | No. CIV-S 07-2457 LKK GGH<br><br>JOINT STIPULATION AND ORDER RE: DISMISSAL |

This is an immigration case in which plaintiff has challenged the delay in the adjudication of his application to adjust status to that of permanent resident by U.S. Citizenship and Immigration Services (CIS). On February 11, 2008, CIS granted the application for adjustment of status. Accordingly, this lawsuit is moot, and the parties stipulate to dismissal.

Dated: March 12, 2008

McGREGOR W. SCOTT
United States Attorney

By:   /s/Audrey Hemesath
      Audrey B. Hemesath
      Assistant U.S. Attorney
      Attorneys for the Defendants

By:   /s/ John D. Friedman
      John D. Friedman
      Attorney for the Plaintiff

-1-

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED that the matter is DISMISSED.

IT IS SO ORDERED.

DATED: April 2, 2008.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT